UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY J. MEIER,<br><br>                Plaintiff,<br><br>v.<br><br>CORRECT CARE SOLUTIONS, et al.,<br><br>                Defendants. | CASE NO. C17-5248 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The motion of Defendant Clark County Sheriff's Office (Custody Branch) for summary judgment is **GRANTED**; and

(3) Plaintiff's complaint is **DISMISSED with prejudice** as against Defendant Clark County Sheriff's Office (Custody Branch).

Dated this 23rd day of July, 2018.

                                                BENJAMIN H. SETTLE
                                                United States District Judge