| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **WESTERN DISTRICT OF WASHINGTON**<br>**AT TACOMA** |

| | | |
|---|---|---|
| 3 | BILLY J. MEIER, | CASE NO. C17-5248 BHS |
| 4 | Plaintiff, | ORDER ADOPTING REPORT |
| 5 | v. | AND RECOMMENDATION |
| 6 | CORRECT CARE SOLUTIONS, et al., | |
| 7 | Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Summary judgment is **GRANTED** as to Defendants Correct Care Solutions and physician assistant "John Doe" pursuant to Fed. R. Civ. P. 56(f);

(3)    Plaintiff's complaint is **DISMISSED with prejudice**; and

(4)    The Clerk shall enter a judgment and close this case.

Dated this 5th day of September, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER